UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT TYRONE ADAMS** | **CIVIL DOCKET NO. 1:22-CV-1822** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MARCUS TAYLOR, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 5], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the COMPLAINT UNDER 42 U.S.C. § 1983 [Doc. 1] is DENIED and DISMISSED, WITH PREJUDICE as to the federal claims, but WITHOUT PREJUDICE to the seeking relief in state court for any state claims.

IT IS FURTHER ORDERED that the MOTION TO WAIVE FEES [Doc. 8] is DENIED.

The Clerk of Court is instructed to send a copy of this Judgment the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers on this 26th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE